IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                            :

          v.                    :

                            :

Rosezanna Czwalina
2204 Locust Street                 :          CRIMINAL NO.  2021-150
Morton, PA  19070

## <u>NOTICE OF HEARING</u>

Take notice that the defendant is scheduled for Sentencing on May 18, 2022 at 2:00 p.m. before the **Honorable Paul S. Diamond** in **Courtroom 14A,** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.  The Judge will appear virtually.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A         interpreter will be required for the defendant.

☒ **Hearing rescheduled from:  April 19, 2022**

For additional information, please contact the undersigned.

By:     Lenora Kashner Wittje
           Courtroom Deputy to the Honorable Paul S. Diamond
           Phone: 267-299-7739

Date:  April 7, 2022

cc via U.S. Mail:    Defendant
cc via email:         Eugene A. Bonner, Defense Counsel
                   K.T. Newton, Assistant U.S. Attorney
                   U.S. Marshal
                   Court Security
                   Leslie Maxwell, Probation Office
                   Christopher Narcisi, Pretrial Services
                   Interpreter Coordinator

crnotice (July 2021)